# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

```
                                    U.S. DISTRICT COURT
                                   NORTHERN DIST. OF TX
                                         FILED

                                   2022 JAN 18  AM 10: 06

                                   DEPUTY CLERK ___MS___
```

**Plaintiff:** Dennis Clay Sharpless

v. Spiacl TRHSu ala Houseing

**Defendant:** ~~ARtc Hope Brouding~~ Hume
F.B.I. Agent Not Going To Call name At This Time And Date

**Civil Action No.** 3-22CV0110-S

**COMPLAINT**

ATAck

\* Attach additional pages as needed.

| | |
|---|---|
| Date | January 18, 2022 |
| Signature | Dennis Clay Sharpless |
| Print Name | Dennis CLAY SHARPLESS |
| Address | 1718 Heather Glen DR |
| City, State, Zip | DALLAS, Texas 75252 |
| Telephone | 214-438-2152 |

UNITED STATES Fedral Builden
THE STATE OF TEXAS
DALLAS, Texas

**3-22CV0110-S**

Resident of
ARK Hope (Spiac) Inuators
Escato Divivent TRASquala Housing
vs
F.B.I. Agent
NoT Going To call name
AT THIS TIMe AND DATE

### Complaint

I Dennis Clay Shupless Victor
IN MATTer
CHARGe is Leaving IT up To TH CouRT
FACT

I HAVe Been Ukper MR. Pure Broader Home ($600.00 Monthly) AS He Conveace THAT He Seem To Be.Help IS us other Residents. IF NoT Agents Fedral Broad of INVesTIgnatesIon, AS one of ouR Residents Seem To Be Runing FRom THE LAW LAW AS He Doesnot want To Show THE Color HIS Cards oR Realy THAT IS I Just A Seem To Show HIS FACE A AS Caught HIM DRiving AS ORT DRESS Eto Claiming THAT MR. Pure Seems To Be unFair, AS F.B.I. MRS C.J. Johnson DRess IN white, AS SHE QuesI Ton HIM IN HIS CAll oR (I FoRGoT) AS Seem LIKe, MR. Pure Alway Get PAYed FRIST what Dosent HER oR Jouar Get PAYed FRIST, AS He them TRIGe To mAKe us other Resident IS over MR Pure

Case 3:22-cv-00110-S-BN   Document 2   Filed 01/18/22   Page 3 of 5   PageID 3

AS He Claimed THAT He, THE House ConAder, INSTead our ALL OF MR. PuRe H Broaden Home, AS I see THANK THAT My older Brother JoB, But I Do THE F.B.I Collect, At And follow THE 12 STeps OF A.A.A., AS I'm concider To Be AN WINO, AND DRINK wine An Beer MIX Drinks, I'ALSo An SoulA Bber DRINKER HAVe DRINK No HARD LIQuer IN Just An AN Little P TasT of wine coder, AN SALE Bottle of M.D. 2024, SAALL DRINK A of AS I seem Be wideTrugy, I was Punist By HIVing To Earn An Certicke 4 For Duald ieNcIT., AS IS See to Be HARD To Cope wHIT, A I've HAVe I Been THought A Lots of Being Done Wrongly In more THen one way, HAVe HAVe HAD To PAcK An unpaked, Never Got Every H THing THAT IS Legaly My, AS HAD To PAY $20.00 AND $10.00 AN week To HAVe THuply whit DR LANDFORD THettmenting Teem,

My PLeape Let me Earn THAT Level Number up a oue, AS AGent Femak SAID THAT I could Smoke Sum Joits AS my Simulateing Verably was No Pares Nothing THAT will get me Intoxicated An t No Male STIPing, I HAVe HAVo No Love Fair wit with THE oupit Sex AS FoR AS I know I'm CLASS IFed An DoB Double P.C.

I'm WRITURIGTOR THAT' Not Afred To Sign My AND My ownly Ford John Henderly, I'v HAVE SHown, As Avercess To gain full FREEDom, AS BR Pucker THInGS Geting Ready To Ajed Back To Normae PLe LIke, AS IT's Seem LIK I'm Helpful with other Resident An STAFF readers. I'v HAVE 6 Sclece IN FoR An Grade Report Like DIffened Petition AND Reveral, A Courden To Perident George W Brn Bush I DID My Serect Service under cover A Gentey FB INSIDe what, An IT Seems Like I Should be aBle To Gain Full FREEDom BAck of OBTorBer 20, 2022 AT 10:30 of Around THAT TIme would you you Set me up with An Few Females Pro R Puputise with Atfor AToroufairs? (Companing SHIp or Ane Related SHip (AS set up to I was IN THE Texas p. made Hous of Texas AND Officers An sercity was oppit, AS I've HAVE Recive My St Sinualater FRIST check, FRIends For LIfe,
Dennes Clay Sharpless
P.O. Bot
Waco, Texas, God Emformatesion By HousPHong THAT THeir would put My Secauce Le Cleck of $1,400.00 IN THE Today Januar 10, 2022 A An K ALL THE other

Chain on My True LINC Card Follow THE FACemask, AD Get Secound whatever THAT Coude IS. Results 4+4
WAY To-5 Resolve Grienve oR Sulucesion
To Get Red of Rusty The one THAT PLAY AS ELVIS PeTee PRessLy on Some kind of ISLAND The one THAT CLAImed To Be The House Cornater AND NOT THE House  "  AS on THE CoVid Text HAve HIS mailing Address Not Healter Glen DR witch one IS P PRE Jury ?